JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/8/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES ALEX, in his individual and representative capacity as trustee of the Alex Trust Agreement dated 12-02-2014; CYNTHIA A. ALEX, in her individual and representative capacity as trustee of the Alex Trust Agreement dated 12-02-2014; DESPINA KOKKINOS; and Does 1-10,<br><br>    Defendants. | Case:2:15-CV-03843-MWF-MRW<br><br>**ORDER** |

**ORDER**

    This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 8, 2016

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1